RECEIVED

JUL 30 2018

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_Western_ DIVISION

_Denise Hill_
(Enter Above the Name of the Plaintiff in this Action)

1:18CV522

Jury trial requested

J. BARRETT M.J. LITKOVIT

vs.

_Treasurer Robert Goering in his individual capacity_
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_Hamilton County Land Revitilization Corp_
_Hamilton County Sheriff_
_City of Cincinnati_
_Chapter 13 Trustee Margaret Burks_
_Judge Patrick Dinkelacker_

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

_Denise Hill_
Name - Full Name Please - PRINT

_697 Greenwood Ave. #3_
Street Address

_Cincinnati Ohio 45229_
City, State and Zip Code

_(513) 266-1105_
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Treasurer Robert Goering in his individual capacity
   Name - Full Name Please
   138 E. Court St. 403 Cincinnati Ohio 45202
   Address: Street, City, State and Zip Code

2. Hamilton Co Land Revitilization Corp.
   3 East 4th St Cincinnati, Ohio 45202 #300

3. Hamilton Co Sheriff
   1000 Sycamore #108 45202

4. Chapter 13 Trustee Margaret Banks
   600 Vine St, #2200 Cincinnati, Ohio 45202

5. City of Cincinnati
   801 Plum St, 45202

6. Judge Patrick Dinkelacker
   1000 Main St, Rm 360 45202

If there DOES 1-100 Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3) and 18 USC Sect. 242
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title 18 United States Code, Section 152
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Now comes Denise Hill who, filed this temporary restraining order, permant injunction, declaratory judgement over my property at 18 Milbury St. 45210 which was unlawfully brought by my former Attorney Robert Goering who was the Plaintiff in the complaint for foreclasure. Defendant Robert Goering was my former attorney durining 1996-1999 whom had a duty to be loyal to me as his former client but instead abused his title of authority to enrich the Hamilton County Land Revitalization Corporation (formly the Hamilton County Land Bank. I am the victim of a conspiracy to unlawfully foreclosure on my home where I was steared by attorneys who main goal was to foreclose on my home due to its future values. I was taken advantage of through Attorney Rick DeBlasses, Margaret Burks Treasure Attorney. Robert Goering and others a civil conspuracy involved in the scheme to foreclase on my home. The plaintiff won the bid on my home at the auction and the Plaintiff was my former attorney Robert Goering who has tried to conceal the fact it was him, sentil finaly seeing the for sale sign after so many years.

-3-

Hi Denise Hill,

After reviewing the paper work from the trustee sale done in the Hamilton County Court of Pleas courthouse that it was my former attorney who was also the plaintiff that bought my house.

I did file a civil suit #1:08-cv-408 with others to vindicate my rights however the case was dismissed quickly and my attorney Robert Goering was given immunity. As time has gone by I realize that the complaint was unlawfully dismissed without a Judge signature. I also have learned that Robert Goering should have been sued in his own individual capacity because he performed acts outside of his official duties and breached his duty to me as his former client.

(3A)

Judge Patrick Dinkelacker in his own Individual Capacity Complisit in the scheme to unlawfully foreclose on my home because as a Judge he had the duty to examine the documents and consider the evidence of fraudulent checks that New Centry Morgage had issued me, once I made it known that Robert Goering my former attorney bought my house at auction there was an all out effort of fraud to cover that fact up.

It was fraudulently put down that U.S. Bank was given the funds from the sale, that could not be true because that loan was cancelled, also the liens from my son Rejinald Hill had been cancelled it is right on Recorders office. U.S. Bank was listed as defendent with me so obviously they could not just suddenly appear as a hidden Plaintiff the plaintiff is Robert Goering who unlawfully construed the law to benefit him and his Wealthy Investors of N.C.L.R.C.

(3B)

I

I am filing this motion to set aside the foreclosure sale that was conducted on July 28, 2005 through fraudulent actions Via Treasurer/Attourney Robert Goering and Eva Lawrence.
The statute of limitations is not tolled due to fraud upon the court and fact that I am disable. (Hazel-Atlas Glass Co. 13. Hartfort-Empire Co. 322 VS. 238 (1944).
My home does not have a clear chain of title. The conspiritors knew my morgage was never recorded properly because of the fraudulent acts of New Century morgage and devised a plan to steal my home for pennies on the dollar and make a killing in the mark-ups, and put me and my family on the street with just the shirt on my back.
The Hamilton County Sheriff Department would not allow me to get any of my personal belongings or property. My Civil rights were violated because all who were involved were in conspiracy to steal my home, which used to be owned by Moerline family beer bewery
I had irreplacable antiques posessions ③

I also had cases of antique records in my possession that were stolen through Chapter 13 Margaret Burks who did not have the authority to foreclose.

Treasury Robert Goering has violated my 42 U.S.C sect 1983 violations taking advantage and purchasing my home for himself and other investors with the Hamilton County Land Revitalization Corporation.

DOES-1-100

(3D)

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| 1:08-CV-408 | Demetrius Smith, et all | vs. United States of America |
| | | vs. |
| | | vs. |

V. Relief - Temporary Restraining Order, Permanent Injunction, Return of property, Restitution from damages to be decided and just —

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Robert Goering has violated my civil rights under the color of law who abused his authority to seize mostly properties of african american throughout most neighborhoods in Cincinnati. Due to IRREGULARITIES the conduct of the sale, noncompliance with proper procedure should subject the sale to being set aside, as in the case of Hazel-Atlas Costco Hartford-Empire Co. 322 U.S. (1944) it stated a case can be reopened at anytime when fraud upon the court is found. Whenever any Officer of the Court commits fraud during a proceeding in which he/she is engaged, it is Fraud upon the court. Margaret Burks, Chapt. 13 Trustee commited fraud upon the court because she misrepresented that she had the authority to foreclose on my home when I was no longer in bankruptcy. Officials in Cincinnati has abused me

I state under penalty of perjury that the foregoing is true and correct. Executed on this 30 day of July, 2018.

Denise Hill
Signature of Plaintiff
Denise Hill

# AFFIDAVIT

**Denise Hill:**

Denise Hill being duly sworn, do now attest to the following statements as being true:

I, Denise hill now come before this court to contest the sale of my home on 18 Mulberrry St. Cincinnati, Ohio 45210 that the Goering and Goering law firm stole from me in an unlawful foreclosure sale, under Fraud upon the Court, which does not toll the statute of limitations (Hazel – Atlas Glass Co. v. Hartford-Empire Co., 332 U.S. 238 1944). They are attempting to sell my home without clear title, because it was illegally bought by my former attorney, Robert Goering, aka Treasurer, consumer Bankruptcy attorney, and President of the Hamilton County Land Reutilization Corporation. I was the vulnerable client of Robert Goering from 1996-1999, who conspired a number of acts to get me foreclosed on which include: referring me to a foreclosure firm, Lerner, Sampson and Rothfuss, huge Gas and Electric bills that caused me to lose tenants, causing my water pipes to burst. I had applied for a home improvement loan with New Century only to find out the home improvement checks were bogus. New Century has been named as one of the worst predatory lenders of the mortgage crisis. I filed Chapter 13 again in 2004, only to have my attorney return ny money I gave him to file my bankruptcy petition. My home was listed to be sold on July 28,2005 in a Trustee Sale even though I was no longer in bankruptcy and Chapter 13 Trustee Margaret Burks unlawfully sold my house in a Bankruptcy Trustee sale. The sale was in state court where only one woman raised her hand up and got the bid to buy my home for $44,000.00. The paperwork stated the "Plaintiff" won the bid, and the Plaintiff was Treasurer Robert Goering. When I realized my former attorney was the one who bought my house I was devastated. I let it be known I knew that Robert Goering, my former attorney was the one who won the bid for my home. After that the policy changed in the Hamilton County Court of Common Pleas changed and court documents weren't available to the public unless you went in person to the courthouse. I was evicted, but it was no ordinary eviction. I recall how the Hamilton County Sheriff's Dept. held me back, preventing me from gathering my personal items. I was left with the clothes on my back as everything I owned was confiscated with no explanation as to why, which is a violation of my 4th Amendment rights. I learned many years later I am a victim of Trash out and Lock Outs, which should be classified as unconstitutional in the Ohio Revised Codes like

O.R.C. 2109.58 Inventory by fiduciary, where my own attorney bought my house for way under the value it's worth, plus took everything out of it which had value including relics that from the 1800's which can never be replaced. Under O.R.C. 2737.08 Judge Dinkelacker was behind the order to the levying officer (aka Hamilton County Sheriff) when all along I was exempt from levy, but because I am disabled, and my property was exempt. Out of greed my former attorney Robert Goering and others conspired to use my exemptions for their own self-enrichment, which I was entitled to use myself. I was taken advantage of by those who knew the law and had superior knowledge and took an oath to follow ethics. I was deceived through the Goering and Goering law firm, as well as the Volunteer Lawyers Project who referred me to an enemy attorney from the Lerner, Sampson, and Rothfuss lawfirm. I was sold my house for $25,000.00 under a land contract. It sold at auction for $44,000.00. Today it is being offered for around $325,000.00, and not totally renovated from being gutted out. Treasurer Robert Goering has laid low for 13 years as though waiting for everything to blow over. After nearly 13 years, he decides to put my home on the market, I presume he thought I'd forgotten about my home after all of these years or wasn't around anymore. Not so!!! Who can forget, when it's your former attorney who bought your house at auction, took all of your items with no explanation as to why? I am also the victim of a variety of civil rights violations from 42 U.S.C §§ 1983-1988, Fair Housing Act, FDCPA, Bankruptcy Law violations, and under the Americans with Disabilities Act. I pray for the day for justice to be served.

Sincerely *Denise Hill*

Sworn this day in the presence of
NOTARY: Ruthanne Bradley
Date: 27 July 2018

RUTHANNE BRADLEY
Notary Public, State of Ohio
My Commission Expires
November 15, 2019